IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00479-PAB-MEH

THE VILLAGES OF PARKER MASTER ASSOCIATION, INC., d/b/a Canterberry Crossing Master Association,

      Plaintiff,

v.

ERIC HANSEN,
DAWN HANSEN,
HOME LOAN MORTGAGE CORPORATION, d/b/a Home Loan Corporation of Texas, d/b/a Expanded Mortgage Credit,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,
INTERNAL REVENUE SERVICE, and
DOUGLAS COUNTY PUBLIC TRUSTEE and OCCUPANT,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 26, 2012.**

      The Joint Motion to Vacate Scheduling Conference [filed April 25, 2012; docket #7] is **granted in part** and **denied in part**. The Scheduling Conference set for April 30, 2012, at 9:45 a.m. is hereby **converted** to a Status Conference and will be held in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      If counsel choose to do so, they may appear telephonically at the hearing by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.