IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  12-cv-00479-PAB-MEH

THE VILLAGES OF PARKER MASTER ASSOCIATION, INC.,
d/b/a Canterberry Crossing Master Association,

      Plaintiff,

v.

ERIC HANSEN,
DAWN HANSEN,
HOME LOAN MORTGAGE CORPORATION, d/b/a Home Loan Corporation of Texas,
d/b/a Expanded Mortgage Credit,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,
INTERNAL REVENUE SERVICE, and
DOUGLAS COUNTY PUBLIC TRUSTEE and OCCUPANT,

      Defendants.

---

**ORDER**

---

This matter is before the Court on the Stipulation Concerning Priority [Docket No. 6], wherein the parties stipulate that the interests of defendant United States, as reflected in the Notices of Federal Tax Lien, are superior to the interests of plaintiff The Villages of Parker Master Association, Inc.

The parties to the stipulation apparently intend for the Court to approve the stipulation, although no motion to that effect has been filed.  *See* Docket No. 7 at 2 ("After the stipulation is approved, no federal interest or question will remain and the case will likely be remanded to the District Court for Douglas County, Colorado"); Docket No. 6-1 (proposed order declaring interests of United States superior to that of plaintiff).

The Court will construe the stipulation concerning priority as a motion for the Court to approve the stipulation.  The Court will grant such motion.

Accordingly, it is

**ORDERED** that the Stipulation Concerning Priority [Docket No. 6] is **APPROVED**.

DATED May 3, 2012.

BY THE COURT:

s/Philip A. Brimmer
_____
PHILIP A. BRIMMER
United States District Judge